

December 9, 2022

**Via ECF**
Honorable J. Paul Oetken
United States District Court Judge
Southern District of New York
Room 2102
40 Foley Square
New York, New York 10007

      Re:    *Quigley v. Unum Life Insurance Company of America*, 1:22-cv-5906-JPO
             Request to Adjourn Initial Conference and Set Summary Judgment Briefing Schedule

Judge Oetken:

      This firm represents Plaintiff James Quigley in the above-noted ERISA action seeking to recover long term disability benefits from Defendant Unum Life Insurance Company of America.

      Your Honor scheduled an initial conference to be held on December 19, 2022 at 12:30 P.M. I write jointly on behalf of both parties to request that the conference be adjourned, pending the outcome of Cross-Motions for Summary Judgment.

      Plaintiff filed a Motion for Summary Judgment on Friday, December 2, 2022. No further discovery efforts are being pursued in this case. The parties conferred and jointly propose the following Summary Judgment briefing schedule:

- **January 17, 2023** – Unum files its combined Opposition and Cross-Motion to Plaintiff's Motion for Summary Judgment;

- **February 28, 2023** – Quigley files his Reply and Opposition to Unum's Cross-Motion for Summary Judgment; and

- **March 14, 2023** – Unum files its Reply.

      The parties are available to attend the conference, as scheduled, should Your Honor decide to proceed with it.

      Thank you for your time and attention.

Sincerely,

/s/ Jennifer Hess

_____
J. PAUL OETKEN
United States District Judge

---

The pretrial conference scheduled for December 19, 2022 is adjourned. The parties' proposed schedule for summary judgment briefing is approved.
The Clerk is directed to close ECF No. 22.
So ordered.
12/12/2022