UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                 :

JAMES QUIGLEY,                               :

                                          Plaintiffs,   :

                                                 :      22-CV-5906 (JPO)
                  -v-                            :

                                                 :      <u>ORDER</u>

UNUM LIFE INSURANCE COMPANY OF   :
AMERICA,                                         :

                                        Defendants.  X
-----------------------------------------------------------

J. PAUL OETKEN, District Judge:

       Pursuant to Federal Rule of Civil Procedure 5.2(d), Section 6.1 of the SDNY Electronic Case Filing Rules & Instructions, Defendant seeks to file redacted papers and un-redacted versions of those documents under seal.  (*See* Dkt. No. 26.)

       This request is GRANTED.  The parties shall file the un-redacted versions of any documents filed under seal pursuant to the Clerk of Court's Sealed Records Filing Instructions.

       SO ORDERED.

Dated: January 18, 2023
       New York, New York

                                                                    _____
                                                                          J. PAUL OETKEN
                                                                  United States District Judge